| Trans Date | Due Date | Effective Date | Trans Desc | SubCode | Batch Desc | Rev Code | Flag | Trans Amount | Principal Amount | Principal Balance | Interest Amount | Unapplied Amount | Unapplied Balance | Escrow Amount | Escrow Balance | Other Funds Amount | Other Funds Balance | Late Charge Amount | Late Charge Balance | Assist Amount | Forebearance Prin | Forebearance Int | Forebearance Other | Arrearage Prin | Arrearage Int | Arrearage Other | Trustee Int | Escrow |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/25/20 | 08/01/15 | 02/25/20 | Investor Loan Sale | 0 | | 0 | 0 | $0.00 | $0.00 | $405,400.28 | $0.00 | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $0.00 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/25/20 | 08/01/15 | 02/25/20 | Inv Loan Purchase | 0 | | 0 | 0 | $0.00 | $0.00 | $405,400.28 | $0.00 | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $0.00 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/04/20 | 08/01/15 | 03/04/20 | Legal Fee Assessment | 1 | | 0 | 0 | ($935.00) | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $0.00 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/04/20 | 08/01/15 | 03/04/20 | Foreclosure Expense Asse | 235 | | 0 | 0 | ($400.00) | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $0.00 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/17/20 | 03/01/20 | 03/17/20 | Late Charge Assessment | 0 | | 0 | 0 | ($85.83) | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | ($85.83) | $1,716.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 03/24/20 | 03/01/20 | 03/24/20 | Late Charge Waiver | 0 | | 0 | 0 | $85.83 | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $85.83 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/17/20 | 04/01/20 | 04/17/20 | Late Charge Assessment | 0 | | 0 | 0 | ($85.83) | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | ($85.83) | $1,716.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/17/20 | 04/01/20 | 04/17/20 | Late Charge Waiver | 0 | | 0 | 0 | $85.83 | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $85.83 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 04/28/20 | 08/01/15 | 04/28/20 | Legal Fee Assessment | 1 | | 0 | 0 | ($800.00) | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | $0.00 | $1,630.77 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 05/29/20 | 05/01/20 | 05/17/20 | Late Charge Assessment | 0 | | 0 | 0 | ($85.83) | | $405,400.28 | | $0.00 | $0.00 | $0.00 | $26,274.42 | $0.00 | $0.00 | ($85.83) | $1,716.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/02/20 | 08/01/15 | 06/01/20 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $365.29 | $405,034.99 | $1,351.33 | $0.00 | $0.00 | $773.71 | $25,500.71 | $0.00 | $0.00 | $0.00 | $1,716.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/02/20 | 09/01/15 | 06/01/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $405,034.99 | | $628.25 | $628.25 | $0.00 | $25,500.71 | $0.00 | $0.00 | $0.00 | $1,716.60 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 06/17/20 | 06/01/20 | 06/17/20 | Late Charge Assessment | 0 | | 0 | 0 | ($85.83) | | $405,034.99 | | $0.00 | $628.25 | $0.00 | $25,500.71 | $0.00 | $0.00 | ($85.83) | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/17/20 | 07/01/20 | 07/17/20 | Late Charge Assessment | 0 | | 0 | 0 | ($85.83) | | $405,034.99 | | $0.00 | $628.25 | $0.00 | $25,500.71 | $0.00 | $0.00 | ($85.83) | $1,888.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/17/20 | 07/01/20 | 07/17/20 | Late Charge Waiver | 0 | | 0 | 0 | $85.83 | | $405,034.99 | | $0.00 | $628.25 | $0.00 | $25,500.71 | $0.00 | $0.00 | $85.83 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/31/20 | 09/01/15 | 07/31/20 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $366.50 | $404,668.49 | $1,350.12 | $0.00 | $628.25 | $773.71 | $24,727.00 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 07/31/20 | 10/01/15 | 07/31/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $404,668.49 | | $628.25 | $1,256.50 | $0.00 | $24,727.00 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/03/20 | 10/01/15 | 09/02/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $3,118.58 | | $404,668.49 | | $3,118.58 | $4,375.08 | $0.00 | $24,727.00 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/09/20 | 10/01/15 | 09/09/20 | Unapplied Payment Revers | 0 | 45-BC | 0 | 0 | ($2,490.33) | | $404,668.49 | | ($2,490.33) | $1,884.75 | $0.00 | $24,727.00 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/09/20 | 10/01/15 | 09/02/20 | Regular Payment | 0 | 45-BC | 0 | 0 | $2,490.33 | $367.73 | $404,300.76 | $1,348.89 | $0.00 | $1,884.75 | $773.71 | $23,953.29 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/17/20 | 11/01/15 | 09/17/20 | Foreclosure Expense Asse | 235 | | 0 | 0 | ($98.10) | | $404,300.76 | | $0.00 | $1,884.75 | $0.00 | $23,953.29 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/30/20 | 11/01/15 | 09/30/20 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $368.95 | $403,931.81 | $1,347.67 | $0.00 | $1,884.75 | $773.71 | $23,179.58 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/30/20 | 12/01/15 | 09/30/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $403,931.81 | | $628.25 | $2,513.00 | $0.00 | $23,179.58 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/30/20 | 12/01/15 | 09/30/20 | Unapplied Payment Revers | 0 | 45-BC | 0 | 0 | ($2,490.33) | | $403,931.81 | | ($2,490.33) | $22.67 | $0.00 | $23,179.58 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/30/20 | 12/01/15 | 09/30/20 | Regular Payment | 0 | 45-BC | 0 | 0 | $2,490.33 | $370.18 | $403,561.63 | $1,346.44 | $0.00 | $22.67 | $773.71 | $22,405.87 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/02/20 | 10/23/20 | 10/02/20 | Homeowners Policy Disbur | 15 | HOI | 0 | 0 | ($2,831.03) | | $403,561.63 | | $0.00 | $22.67 | ($2,831.03) | $25,236.90 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/30/20 | 01/01/16 | 10/30/20 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $371.41 | $403,190.22 | $1,345.21 | $0.00 | $22.67 | $773.71 | $24,463.19 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10/30/20 | 02/01/16 | 10/30/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $403,190.22 | | $628.25 | $650.92 | $0.00 | $24,463.19 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/18/20 | 12/31/20 | 11/18/20 | County Tax Disbursement | 30 | PropertyTax-1 | 0 | 0 | ($6,812.55) | | $403,190.22 | | $0.00 | $650.92 | ($6,812.55) | $31,275.74 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/20 | 02/01/16 | 11/30/20 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $372.65 | $402,817.57 | $1,343.97 | $0.00 | $650.92 | $773.71 | $30,502.03 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11/30/20 | 03/01/16 | 11/30/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $402,817.57 | | $628.25 | $1,279.17 | $0.00 | $30,502.03 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/20 | 03/01/16 | 12/31/20 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $373.89 | $402,443.68 | $1,342.73 | $0.00 | $1,279.17 | $773.71 | $29,728.32 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12/31/20 | 04/01/16 | 12/31/20 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $402,443.68 | | $628.25 | $1,907.42 | $0.00 | $29,728.32 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/31/21 | 04/01/16 | 01/31/21 | Regular Payment | 0 | 3000-5555551 | 0 | 0 | $2,490.33 | $375.14 | $402,068.54 | $1,341.48 | $0.00 | $1,907.42 | $773.71 | $28,954.61 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/31/21 | 05/01/16 | 01/31/21 | Unapplied Payment | 0 | 3000-5555551 | 0 | 0 | $628.25 $3118.58 | | $402,068.54 | | $628.25 | $2,535.67 | $0.00 | $28,954.61 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/31/21 | 05/01/16 | 01/31/21 | Unapplied Payment Revers | 0 | 45-vs | 0 | 0 | ($2,490.33) | | $402,068.54 | | ($2,490.33) | $45.34 | $0.00 | $28,954.61 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 01/31/21 | 05/01/16 | 01/31/21 | Regular Payment | 0 | 45-vs | 0 | 0 | $2,490.33 | $376.39 | $401,692.15 | $1,340.23 | $0.00 | $45.34 | $773.71 | $28,180.90 | $0.00 | $0.00 | $0.00 | $1,802.43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/17/21 | 02/01/21 | 02/17/21 | Late Charge Assessment | 0 | | 0 | 0 | ($85.83) | | $401,692.15 | | $0.00 | $45.34 | $0.00 | $28,180.90 | $0.00 | $0.00 | ($85.83) | $1,888.26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | ($16,311.65) | $4,072.20 | | $13,458.07 | $6,344.64 | | ($28,180.90) | | $0.00 | | ($1,888.26) | | $0.00 | $0.00 | $0.00 | $0.00 | | | | $0.00 | $2,515.04 |

EXHIBIT D