UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In Re: )
)
Joshua Means and Jessica Means )
) Case No. 20-41032-659
Debtor )
_____ ) #65
) (Notice of Default #80 – 9/13)
)
US Bank Trust National Association as )
Trustee of the Tiki Series III Trust, )
)
Movant. )

## ORDER GRANTING RELIEF AND CO-DEBTOR RELIEF AFTER DEFAULT OF SETTLEMENT

      U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust and the Debtor previously filed a Consent Order and Stipulation in Settlement of Movant's Motion for Relief and Co-Debtor Relief. Said Consent Order and Stipulation provides that in the event the Debtor failed to comply with the terms of the Consent Order and Stipulation, Movant would be entitled to an Order granting relief upon first providing fourteen (14) days written notice of the breach to the Debtor, counsel of record for the Debtor, the Court and the Trustee. Movant and current holder of the Note and Deed of Trust, U.S. Bank Trust National Association, as Trustee of the Tiki Series III Trust, has provided the fourteen (14) day Notice of Breach of the Consent Order and Stipulation.

      Upon consideration of the pleadings filed and the record as a whole, the Court finds and concludes that the Debtor failed to comply with the Consent Order and Stipulation filed in settlement of Movant's Motion; that Movant has a security interest in the following real property:

**LOT 109 OF THE ESTATES AT WILLIAMS CREEK PLAT TWO, A SUBDISIVION IN ST. LOUIS COUNTY, MISSOURI, ACCORDING TO THE PLAT THEREOF RECORDED IN PLAT BOOK 354 PAGES 1015, 1016 AND 1017 OF THE ST. LOUIS COUNTY RECORDS**

      The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate, that the property is of no value to this estate, that the property is not necessary for an effective reorganization, and that Movant is not adequately protected. It is therefore,

      **ORDERED** that the stay provided for by Section 362 and 1301 of Title 11, United States Code, is terminated to permit the Movant, or its successors and assigns to foreclose its security interest in the herein described property and to pursue its remedies

in accordance with the security agreement and state law, including obtaining possession of the property after foreclosure.

**IT IS FURTHER ORDERED** that relief from the automatic stay and co-debtor stay is granted to Movant, or its successors and assigns effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Rule 4001.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee is directed to discontinue payment on all claims secured by the property against which relief from the automatic stay is granted in this Order. The Trustee is directed to resume payment on such claims on notification pursuant to L.B.R. 3021-1 A.

**IT IS FURTHER ORDERED** that Movant, or its successors and assigns shall be permitted to communicate with the Debtor to the extent provided for under nonbankruptcy law.

All further relief prayed for by Movant is hereby **DENIED.**

**SO ORDERED:**

KATHY A. SURRATT-STATES
Chief U.S. Bankruptcy Judge

DATED: September 14, 2021
St. Louis, Missouri
jjh

Order Prepared and Submitted by:

Marinosci Law Group, P.C.

/s/ David V. Noyce
David V. Noyce   56116MO
11111 Nall Avenue, Suite 104
Leawood, KS 66211
dnoyce@mlg-defaultlaw.com
ecf@mlg-defaultlaw.com
Phone: (913) 800-2021
Fax:  (913) 257-5223
ATTORNEY FOR MOVANT

*Copies to:*

Jason Fauss
11965 Saint Charles Rock Rd
Ste 202
Bridgeton, MO 63044-2628

Kara Fauss   (CO-DEBTOR)
1412 Heritage Valley Drive
High Ridge, MO 63049

Jason Fauss
Jason D. Fauss - Attorney at Law
10805 Sunset Office Drive
Suite 300
St. Louis, MO 63127

David V. Noyce
11111 Nall Avenue, Suite 104
Leawood, KS 66211

Diana S. Daugherty
Chapter 13 Trustee
P. O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of the US Trustee
111 S. Tenth St., Ste 6.353
St. Louis, MO 63102